```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

RICHARD DEEDS and SANDRA DEEDS,   )   3:07-CV-0060-ECR-VPC
                                          )
    Plaintiffs,                   )
                                          )   MINUTES OF THE COURT
vs.                                     )
                                          )   DATE: SEPTEMBER 21, 2007
DONALD HELLING, et al.,         )
                                          )
    Defendants.                 )
_____)

PRESENT:     EDWARD C. REED, JR.                   U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN       Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On August 22, 2007, the Magistrate Judge filed a Report and Recommendation (#27) recommending that Plaintiffs' Motion for Temporary Restraining Order (#4), treated as such and as a motion for preliminary injunction, be **<u>DENIED</u>**.

    Plaintiffs filed Objections (#29) to the Report and Recommendation.

    The Report and Recommendation (#27) is well taken and is **<u>APPROVED</u>** and **<u>ADOPTED</u>**.

    **<u>IT IS, THEREFORE, HEREBY ORDERED</u>** that Plaintiffs' Motion for Temporary Restraining Order (#4), treated as such and as a motion for preliminary injunction, is **<u>DENIED</u>**.

    Plaintiffs have not shown a likelihood of success on the merits, nor have they shown irreparable harm.

                                                          LANCE S. WILSON, CLERK

                                                          By     /s/
                                                               Deputy Clerk