```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

RICHARD DEEDS and SANDRA DEEDS,   )   3:07-CV-00060-ECR-VPC
                                  )
    Plaintiffs,                   )   MINUTES OF THE COURT
                                  )
vs.                               )   DATE: March 24, 2009
                                  )
DONALD HELLING, et al.,           )
                                  )
    Defendants.                   )
_____)

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    ROSEMARY DAMRON     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                         NONE APPEARING

Counsel for Defendant(s)                         NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On February 19, 2009, the Magistrate Judge filed a Report and Recommendation (#105) recommending that Plaintiffs' Motion for Summary Judgment (#71) be denied and that Defendants' Motion for Summary Judgment (#84) be granted.

    Plaintiffs filed Objections (#106 and #111) to the Report and Recommendation (#105) and Defendants filed a Response (#113) to the Objections (#106 and #111).

    The Objections (#106 and #111) do not persuade us that the Magistrate Judge's Report and Recommendation (#105) should not be affirmed and, therefore, the Objections (#106 and #111), filed by Plaintiffs, are overruled.

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#105) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment (#71), filed on May 16, 2008, is **DENIED**.  **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#84), filed on June 13, 2008, is **GRANTED**.

The Clerk shall enter judgment accordingly.

                                          LANCE S. WILSON, CLERK

                                      By       /s/
                                                Deputy Clerk